# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00690-CR
## NO. 03-13-00691-CR

**Joe Cardona, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NOS. D-1-DC-10-202665-A & D-1-DC-10-202666
### HONORABLE KAREN SAGE JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Joe Cardona has filed a motion to dismiss these appeals. The motion is signed by appellant and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeals.

_____

Scott K. Field, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellant's Motion

Filed:  October 24, 2014

Do Not Publish